UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ERNEST FOUST,

Plaintiff,

v.

ANDREW S. WILLIAMS, et al.,

Defendants.

Case No. 1:26-cv-1837

HON. JANE M. BECKERING

# ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 8) on July 29, 2026, recommending that the Court dismiss Plaintiff's Complaint because it is frivolous and fails to state a claim upon which relief may be granted. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 8) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED because it is frivolous and fails to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: September 2, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] Plaintiff is the only party that has appeared in the case at this time.